IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES HEINEN, Inmate #30546-044, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 06-526-GPM |
| SARA REVELL and STANLEY PICKETT, | ) |
| Defendants. | ) |

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that this action is dismissed as legally frivolous.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

12/04/06                                By: s/ G. Patrick Murphy
*Date*                                     *District Judge*